```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  REBEKAH R. GIBSON
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO. S-06-346 EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| ROSS EARL FOX, | ) Date:  February 20, 2007 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Edmund F. Brennan |

It is hereby stipulated between the United States and the defendant, ROSS EARL FOX, by and through undersigned counsel, that the court trial set for Tuesday, February 20, 2007, at 10:00 a.m., may be vacated and rescheduled for Tuesday, April 10, 2007, at 10:00 a.m.

///
///
///
///
///
///
///
///

1

1   The continuance is requested because an essential government witness will be unavailable to testify at the original trial date due to mandatory military training.

DATED: February 13, 2007.              MCGREGOR W. SCOTT
                                       United States Attorney


                                By  /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney



DATED: February 13, 2007.              DANIEL J. BRODERICK
                                       Federal Defender


                                By    /s/ Rachelle Barbour for
                                    TARA I. ALLEN
                                    Staff Attorney
                                    Attorney for Ross Earl Fox


                           O R D E R

IT IS ORDERED THAT:

    The court trial set for Tuesday, February 20, 2007, at 10:00 a.m. is hereby vacated and rescheduled for Tuesday, April 10, 2007, at 10:00 a.m.

DATED: February 16, 2007.

                                    _____
                                    HON. EDMUND F. BRENNAN
                                    United States Magistrate Judge