MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
REBEKAH R. GIBSON
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>ROSS EARL FOX,                )<br>                              )<br>          Defendant.          )<br>_____) | VIOLATION NO. 0895284<br><br>STIPULATION AND ORDER<br><br>Date:  April 10, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States and the defendant, ROSS EARL FOX, by and through his undersigned counsel, Tara I. Allen, that the court trial set for Tuesday, April 10, 2007, be continued to Tuesday, April 17, 2007, at 10:00 a.m.

The continuance is requested due to the unavailability of the government's primary witness on April 10, 2007.

///
///
///
///
///
///

Because the offense charged is a Class B Misdemeanor, it is not necessary to exclude time under the Speedy Trial Act.

Respectfully Submitted,

DATED: April 3, 2007         McGREGOR W. SCOTT
                             United States Attorney

                       By:   /s/ Matthew C. Stegman
                             MATTHEW C. STEGMAN
                             Assistant U.S. Attorney


DATED: April 3, 2007         DANIEL F. BRODERICK
                             Federal Defender

                       By:   /s/ Tara I. Allen
                             TARA I. ALLEN
                             Staff Attorney
                             Attorney for Defendant


O R D E R


IT IS ORDERED THAT the court trial set for Tuesday, April 10, 2007, at 10:00 a.m. is hereby continued to Tuesday, April 17, 2007, at 10:00 a.m.

IT IS SO ORDERED

DATED: April 4, 2007

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge